# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

145225-6 & (72)(75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JEANNE NICHOLSON,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY
OF AMERICA,
      Defendant-Appellee,

and

WILLOWBROOK REHABILITATION
SERVICES,
      Appellant.

SC: 145225
COA: 300592
Oakland CC: 2010-107489-NI

_____/

WILLOWBROOK REHABILITATION
SERVICES,
      Plaintiff-Appellant/
      Cross-Appellee,

v

JOSHUA A. LERNER and COHEN,
LERNER & RABINOVITZ, P.C.,
      Defendants-Appellees/
      Cross-Appellants.

SC: 145226
COA: 303885
Oakland CC: 2010-113929-CZ

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 6, 2012 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are

DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

_____
Clerk

h1024